STATE v. TAYLOR

No. 268P88.

Case below: 90 N.C. App. 276.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.

STATE v. WATKINS

No. 236P88.

Case below: 89 N.C. App. 599.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.

STATE v. WHITE

No. 361P88.

Case below: 82 N.C. App. 358.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 September 1988.

STEWART v. JOHNSON

No. 350P88.

Case below: 88 N.C. App. 277.

Petition by plaintiffs for writ of certiorari to the North Carolina Court of Appeals denied 7 September 1988.

THOMPSON v. ASHWORTH

No. 269P88.

Case below: 90 N.C. App. 276.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.